In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-383 CR


 ______________________


 

EARL WILEY ARNOLD, JR., Appellants



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law


Hardin County, Texas


Trial Cause No. 52146A






MEMORANDUM OPINION
 We have before the Court a motion from the appellant, Earl Wiley Arnold, Jr., to
withdraw his appeal. See Tex. R. App. P. 42.2. The appellant and his attorney of record both
signed the request and the appellant filed the motion before we issued our opinion on appeal. 
We grant the motion to withdraw notice of appeal and dismiss the appeal.



 APPEAL DISMISSED.

 


 _________________________________

 DAVID GAULTNEY 

 Justice


Opinion Delivered September 26, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.